UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :          **SCHEDULING ORDER**
                                  :
**Laquavious Boykin,**            :
                    Defendant.    :          7:22-cr-00476 (PMH)
                                  :
------------------------------------------------------------x

The Court has scheduled a <u>Change of Plea Hearing</u> for <u>September 27, 2022 at 11:30 a.m.</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 13, 2022                    SO ORDERED:

Philip M. Halpern, U.S.D.J