```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                       :
                                               :
v.                                             :      ORDER
                                               :
                                               :
LAQUAVIOUS BOYKIN,                             :      22-CR-00476-PMH
                                               :
                         Defendant.            :
-------------------------------------------------------------x
```

On April 25, 2023, Laquavious Boykin ("Defendant") was sentenced principally to a term of imprisonment of 57 months. (Doc. 36). The Probation Department issued a report on December 22, 2023 indicating that Defendant is eligible for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 38). On January 26, 2024, Defendant filed a Notice Requesting Judicial Review in connection with his eligibility for a sentence reduction. (Doc. 39).

On September 8, 2022, Michael Burke was appointed to represent Defendant as CJA counsel. (*See* September 9, 2022 entry). Mr. Burke represented Defendant at sentencing. (*See* April 25, 2023 entry). Accordingly, Mr. Burke is hereby reappointed as Defendant's CJA counsel to investigate and, if appropriate, pursue a motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines.

SO ORDERED.

Dated: White Plains, New York
       January 31, 2024

_____
Philip M. Halpern
United States District Judge

1