UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **ORDER**
                                    :
LAQUAVIOUS BOYKIN,                  :     22-CR-00476-PMH
                                    :
            Defendant.              :
-----------------------------------------------------------x

On April 25, 2023, Laquavious Boykin ("Defendant") was sentenced principally to a term of imprisonment of 57 months. (Doc. 36). The Probation Department issued a report on December 22, 2023 indicating that Defendant is eligible for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 38). On January 26, 2024, Defendant filed a Notice Requesting Judicial Review in connection with his eligibility for a sentence reduction. (Doc. 39). On January 31, 2024, Michael Burke was reappointed as Defendant's CJA counsel to investigate and, if appropriate, pursue a motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (Doc. 40). On April 8, 2024, defense counsel moved for a reduction of sentence. (Doc. 41).

IT IS ORDERED that no later than April 17, 2024, the Government shall file a statement of its position on the motion for modification of Defendant's sentence.

IT IS FURTHER ORDERED that the Defendant shall file its response, if any, no later than April 24, 2024.

**SO ORDERED.**

Dated: White Plains, New York
       April 9, 2024

                                    _____
                                    Hon. Philip M. Halpern
                                    United States District Judge

1